AO 93 (rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

In the Matter of the Search of:

a first-class letter sealed in an envelope addressed to "Yosvany Padilla-Conde," C/O Waukesha County Jail, P.O. Box 0217, Waukesha, WI 53188, presently in the possession of the Waukesha County Jail, See Attachment A

Case No. 18-MJ-1276

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

a first-class letter sealed in an envelope addressed to "Yosvany Padilla-Conde," C/O Waukesha County Jail, P.O. Box 0217, Waukesha, WI 53188, presently in the possession of the Waukesha County Jail, See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

to open said letter, search its contents, and seize it for evidentiary purposes relevant to the ongoing criminal investigation

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE 7/13/18 _(not to exceed 14 days)_
☒ in the daytime between 6:00 a.m. and 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to William E. Duffin                              .
_(United States Magistrate Judge)_

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized _(check the appropriate box)_
☐ for _____ days (not to exceed 30)    ☒ until, the facts justifying, the later specific date of _2/21/2019.

Date and time issued: 7/10/18 @ 2:45 p.m.        _William E. Duffin_
                                                  _Judge's signature_

City and State: Milwaukee, Wisconsin              William E. Duffin, U.S. Magistrate Judge
                                                  _Printed Name and Title_

AO 93 (rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

a first-class letter sealed in an envelope addressed to ")
"Yosvany Padilla-Conde," C/O Waukesha County )
Jail, P.O. Box 0217, Waukesha, WI 53188, presently )
in the possession of the Waukesha County Jail, See )
Attachment A )

Case No. 18-MJ-1276

U.S. District Court
Eastern District of Wis.
I hereby certify that this is a
full, true and correct copy of the
original now remaining of record
in my office.
WILLIAM E. DUFFIN
U.S. Magistrate Judge
DATED: 7/11
By: CLERK

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

a first-class letter sealed in an envelope addressed to "Yosvany Padilla-Conde," C/O Waukesha County Jail, P.O. Box 0217, Waukesha, WI 53188, presently in the possession of the Waukesha County Jail, See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

to open said letter, search its contents, and seize it for evidentiary purposes relevant to the ongoing criminal investigation

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE 7/13/18 (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to William E. Duffin _____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days (not to exceed 30)    ☒ until, the facts justifying, the later specific date of 2/21/2019.

Date and time issued: 7/11/18 @ 2:45 p.m.     _William E. Duffin_
                                              *Judge's signature*

City and State: Milwaukee, Wisconsin    William E. Duffin, U.S. Magistrate Judge
                                        *Printed Name and Title*

Case 2:18-mj-01276-WED    Filed 07/19/18    Page 2 of 4    Document 2

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: 18 mJ | Date and time warrant executed: 07/12/2018 | Copy of warrant and inventory left with: Waukesha County Jail Administration |

Inventory made in the presence of:
FBI S/A Chad Piontek, JTTF TFO Shawn Friedbacher

Inventory of the property taken and/or name of any person(s) seized:

1) One (1) letter sent to PADILLA-Conde at Waukesha County Jail, from LUDKE at Milwaukee County Jail, with envelope.

— NOTHING FURTHER —

(SW)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 7/19/18

Executing officer's signature

Stephen J. Westover HSI S/A
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 7/19/18

United States Magistrate Judge

ATTACHMENT A

Jason M. Lüdke, BK# 201703107S
Pod: 4B-35  dob: 11-29-1960
Milwaukee County Jail
949 N. 9th St.,
Milwaukee, WI
53233

MILWAUKEE WI 530
05 JUL 2018 PM 5 L

Yosvany Padilla-Conde
c/o Waukesha County Jail
P.O. Box 0217
Waukesha, WI
53188